UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP -7  AM 7: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

JUANA HERRERA


V.                            CIVIL NO. 98-1926 (RLA)


PEDRO TOLEDO DAVILA



O R D E R

| MOTION | RULING |
|---|---|
| Date<br>Filed: 8/27/99    Docket # 93 | Granted. |
| [X] **Plffs.** | |
| Title: PLAINTIFFS' MOTION<br>FOR LEAVE TO AMEND COMPLAINT | |


September  1  1999
**Date**

RAYMOND L. ACOSTA
**U.S. District Judge**


| Rec'd: | EOD: |
|---|---|
| By: | # 94 |