UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
1999 SEP -7  AM 7: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JUANA HERRERA

V.                              CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 8/27/99   Docket # 92 | APPROVED. |
| [X] Joint | |
| **Title:** JOINT MOTION SUBMITTING PROPOSED DISCOVERY TIMETABLE | |

September 7  1999           RAYMOND L. ACOSTA
       Date                  U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: ho | # 96 |