UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 20 AM 7:17
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P R

JUANA HERRERA

v.   CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 9/9/99   **Docket #** 97 | The request for clarification is **NOTED**. |
| [X] **Dft.** JOSE L. DIAZ-PORTALATIN | The petition for reconsideration is **DENIED**. |
| **Title:** MOTION TO CLARIFY MINUTES OF STATUS CONFERENCE OF AUGUST 19, 1999 AND MOTION TO RECONSIDER LEAVE TO AMEND COMPLAINT | |

September 17 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:     EOD:

By: no   # 102

8