IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -7 PM 1: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JUANA HERRERA, et al.,

   Plaintiffs,

       v.                                CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

   Defendants.

### FIFTH OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as follows.

**Request for Dismissal by M. Guadalupe-Parrilla**

Co-defendant Agent Miguel a Guadalupe-Parrilla's Motion to Dismiss, filed on September 15, 1999 (docket No. **99**) is **DENIED**.[1]

Codefendant shall answer the first amended complaint **on or before November 1, 1999.**

**Depositions of Residents of the Dominican Republic**

The Joint Report of Defendants on Procedure for Taking Depositions of Residents of the Dominican Republic, filed on September 16, 1999 (docket No. **100**) is **NOTED**.

It appearing that defendants have noticed the depositions of two non-resident plaintiffs for **February 16, 2000,** plaintiffs shall advise **no later than November 15, 1999**, what efforts they have

---

[1] See Opposition... filed by plaintiffs on September 23, 1999 (docket No. **103**).





AO 72
(Rev 8/82)

CIVIL NO. 98-1926 (RLA)                                                         Page 2

carried out in this regard and whether or not it will be viable to take the aforementioned depositions in this jurisdiction.

### Extension to Announce Defendants' Experts

Codefendants' Joint Informative Motion... filed on October 1, 1999 (docket No. **105**) and Co-defendants' Joint Motion Requesting Extension of Time to Announce Expert, filed on October 1, 1999 (docket No. **106**) are hereby **GRANTED**.

Accordingly, defendants shall announce their expert witnesses **on or before October 29, 1999.** The expert reports shall be provided to plaintiffs' counsel **on or before December 15, 1999.**[2]

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of October, 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[2] The deadlines previously set in the Minutes of Status Conference held on August 19, 1999 (docket No. 91) are hereby amended accordingly.