UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA

v.  CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA

RECEIVED & FILED
1999 OCT 29  AM 10 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/25/99 **Docket #** 111 [X] **Dft.** G. DIAZ-PAGAN, O. GONZALEZ-BERRIOS and J. MIRO-ALVARADO **Title:** MOTION REQUESTING AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD | GRANTED until November 30, 1999. |

Oct 27 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By:   # 114

B