IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.                                         CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

## SIXTH OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as follows.

### Death of Witness SAMUEL DIAZ-TOLLINCHE

Counsel for plaintiffs, as an officer of the Court, having represented that she personally verified the identity of the deceased witness SAMUEL DIAZ-TOLLINCHE a/k/a CESAR LOPEZ,[1] the Response to Plaintiffs' Informative Motion and Request for Orders, filed by codefendant ROBERT GARCIA PEREZ on October 27, 1999 (docket No. 113) is **DENIED**.[2]

---

[1] See Informative Motion Regarding Death of Witness, filed on October 5, 1999 (docket No. **108**).

[2] See Plaintiffs' Response to "Request for Orders" Concerning Recently Deceased Witness, filed on November 4, 1999 (docket No. **119**).

CIVIL NO. 98-1926 (RLA)                                              Page 2

### Defendants' Expert Witnesses

Defendants' Second Joint Motion Regarding Expert Witnesses, filed on November 5, 1999 (docket No. 120) advising that they will not designate expert witnesses in these proceedings is **NOTED**.

Accordingly, defendants' Joint Motion Regarding Expert Witnesses, filed on October 29, 1999 (docket No. **115**) and Plaintiffs' Response to "Joint Motion", filed on November 3, 1999 (docket No. 118) have been rendered **MOOT**.

### Order Compelling Plaintiff JOSE SANCHEZ to Appear at Deposition

The Motion for Order, filed by codefendant ROBERT GARCIA-PEREZ on November 2, 1999 (docket No. **117**) is **GRANTED**.[3]

Accordingly, plaintiff JOSE SANCHEZ is hereby ORDERED to appear for the taking of his deposition **no later than December 16, 1999**. MR. SANCHEZ is admonished that failure to comply shall result in the automatic dismissal of his claims in this action.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of November, 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[3] See Plaintiff's Response to Motion for Order Regarding Plaintiff Jose Sanchez, filed on November 4, 1999 (docket No. 119).