IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.                                    CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

### ORDER IN THE MATTER OF DEPOSITIONS OF NON-RESIDENT PLAINTIFFS AND/OR WITNESSES

It appearing that only plaintiff JUANA HERRERA was granted visa to travel to this jurisdiction during the period of **November 8, 1999 through February 8, 2000**[1] the parties shall file **on or before December 10, 1999** a JOINT STATUS REPORT regarding the taking of the depositions of all non-resident plaintiffs and/or witnesses. The motion shall indicate: (1) the name of the deponent, (2) the date and location of deposition, and (3) the party noticing the deposition.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of November, 1999.

                    RAYMOND L. ACOSTA
                    United States District Judge

---

[1] See Informative Motion, filed by plaintiffs on November 10, 1999 (docket No. **122**).

