IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

    v.                                      CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

## ORDER IN THE MATTER OF SCHEDULED DATES FOR DEPOSITIONS

The Joint Motion Submitting Status Report Regarding the Taking of Depositions, filed on December 10, 1999 (docket No. **126**) is **NOTED**.

Accordingly, the parties shall make the necessary arrangements for the taking of the depositions as follows:[1]

| Date | Deposition |
|---|---|
| **1/24/2000** | MIGUEL A. CANDELARIO* at **10:00 a.m.** |
| **1/24/2000** | RICHARD COLON* at **2:00 p.m.** |
| **1/26/2000** | Plaintiff AUGUSTO MERCED** at **9:30 a.m.** |
| **1/26/2000** | JOSE COLON* at **2:00 p.m.** |
| **1/27/2000** | Non-resident plaintiff JUANA HERRERA** at **9:30 a.m.** |
| **2/15/2000** | Defendant O'NEILL GONZALEZ* at **9:30 a.m.** |
| **2/15/2000** | Defendant JOSE L. DIAZ-PAGAN* at **2:00 p.m.** |
| **2/16/2000** | FELIPE RIVERA* at **9:30 a.m.** |

---

[1] The depositions to be noticed by plaintiffs are identified with * and those to be noticed by defendants with **.

AO 72
(Rev 8/82)

CIVIL NO. 98-1926 (RLA)                                             Page 2

| | |
|---|---|
| 3/2-3/2000 | Plaintiffs' witnesses** |
| 3/28-29/2000 | DR. IRA MEHLMAN,** plaintiffs' expert |
| 3/29-30/2000 | EDUARDO MARTINEZ* |
| 3/27/2000 | GUADALUPE PARRILLA* at **10:00 a.m.** |

The following depositions of non-resident plaintiffs and/or non-resident witnesses will be taken in the Dominican Republic on the following dates:

| | |
|---|---|
| 3/6-7/2000 | Plaintiff ROSA HERRERA* at **9:30 a.m.** |
| 3/6-7/2000 | DOMINGO VALDEZ* at **2:00 p.m.** |
| 3/8/2000 | DR. SERGIO SARITA** at **9:00 a.m.** |
| 3/8/2000 | DR. SANTOS JIMENEZ-PAEZ** at **2:00 p.m.** |

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20 day of December, 1999.

RAYMOND L. ACOSTA
United States District Judge