IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.                                    CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

ENTERED ON DOCKET 1\24\00 PURSUANT TO FRCP RULES 58 & 79a

RECEIVED & FILED '00 JAN 24 AM 8 04 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

**PARTIAL JUDGMENT**
**DISMISSING PLAINTIFF JOSE SANCHEZ**

The Court having dismissed the complaint filed by JOSE SANCHEZ through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the complaint filed by JOSE SANCHEZ be and the same is hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 21 day of January, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)