IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.                           CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

### ORDER SCHEDULING DISCOVERY CONFERENCE

A Discovery Conference is hereby set for **Friday, February 25, 2000 at 3:00 p.m.** for the parties to address the issues raised by plaintiffs in their Urgent Motion... filed on February 18, 2000 (docket No. 137).

This Order shall be notified by **fax** and mail.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of February, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)