IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*RECEIVED & FILED*
*'00 FEB 29 AM 8:01*

*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

JUANA HERRERA, et al.,          '
                                '
     Plaintiffs,                '
                                '
     v.                         '    CIVIL NO. 98-1926 (RLA)
                                '
PEDRO TOLEDO DAVILA, et al.,    '
                                '
     Defendants.                '
_____'

### ORDER OF COMMISSION

The parties being in agreement it is hereby ORDERED that pursuant to the provisions of Rule 28(b) Fed. R. Civ. P. JUDITH BERKAN, ESQ. and RAMONITA PEREZ DE GOTAY, ESQ. be and the same are hereby **COMMISSIONED** to administer any necessary oath for the taking of depositions in the Dominican Republic related to these proceedings.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 25th day of February, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)