IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.    CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

**PARTIAL JUDGMENT
DISMISSING CLAIMS AGAINST
O'NEILL GONZALEZ, JOVITO MIRO AND GILBERTO DIAZ PAGAN**

Plaintiffs' Notice of Voluntary Dismissal... filed on February 22, 2000 (docket No. **138**) is **GRANTED**. Accordingly, it is hereby

ORDERED AND ADJUDGED that the claims asserted against O'NEILL GONZALEZ, JOVITO MIRO and GILBERTO DIAZ PAGAN be and the same are hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 25th day of February, 2000.

           RAYMOND L. ACOSTA
           United States District Judge

AO 72
(Rev 8/82)