IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.       CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

### SEVENTH OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as follows.

**Urgent Motion for Protective Order**

The Court having reviewed the arguments submitted by the parties finds no need to seal the video and/or DVD recording of the depositions of plaintiff ROSA HERRERA and witness DOMINGO VALDES DE LA ROSA taken in the Dominican Republic. Accordingly, the Urgent Motion for Protective Order, filed by codefendants ROBERT GARCIA-PEREZ, ORLANDO ORTIZ FERNANDEZ and EDUARDO MARTINEZ COLON on March 10, 2000 (docket No. **143**) is **DENIED**.[1]

**Term to Announce DR. SERGIO SARITA and Related Documents**

Plaintiffs' Request for an Extension of Time to Announce [DR. SARITA as] a Witness, filed on March 14, 2000 (docket No. **144**) is **GRANTED** but limited to **May 31, 2000**.

---

[1] See Plaintiffs' Opposition... filed on March 24, 2000 (docket No. **146**).



AO 72
(Rev 8/82)

The Motion Correcting Assertion Made by Plaintiffs and Request for Order, filed by codefendants ROBERT GARCIA-PEREZ, ORLANDO ORTIZ FERNANDEZ and EDUARDO MARTINEZ COLON on March 23, 2000 (docket No. **145**) is **NOTED**. See Plaintiffs' Opposition... filed on March 27, 2000 (docket No. **147**).

It is further ORDERED that in the event that plaintiffs succeed in securing copy of additional documents from decedent's necropsy file in the Dominican Republic they shall make them available to opposing counsel **within 5 days** from receipt thereof.

**Withdrawal of Attorney DOBLE-SALICRUP**

The Motion requesting Leave to Withdraw as Counsel of Record, filed by LYNN DOBLE-SALICRUP, ESQ. on March 31, 2000 (docket No. **148**) is **GRANTED**.

Until substitute counsel enters an appearance codefendants LT. JOSE L. DIAZ-PORTALATIN and AGENT MIGUEL A. GUADALUPE-PARRILLA shall be represented by GLORIA ROBISON-GUARCH, ESQ., of the FEDERAL LITIGATION DIVISION, P.R. DEPARTMENT OF JUSTICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10 day of April, 2000.

RAYMOND L. ACOSTA
United States District Judge