IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

    v.                                    CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

RECEIVED & FILED JUN 20 2000 OFFICE-CLERK U.S. DIST. CT. SAN JUAN, PR

### EIGHTH OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as follows.

**Expert on Police Administrative Procedures**

Plaintiffs having advised that they will not utilize the services of LOU RYDER, an expert on police administrative procedures,[1] the Motion for Extension of Time filed by codefendant ROBERT GARCIA-PEREZ on May 31, 2000 (docket No. **150**) is **GRANTED** as follows.

In the event that defendants wish to retain an expert witness in the aforementioned field of expertise they shall abide by the following deadlines:

**6/30/2000**    Deadline to identify experts on police matters.

**7/31/2000**    Deadline to submit expert reports on police matters.

---

[1] See Plaintiffs' Response to "Motion for Extension of Time" filed on June 2, 2000 (docket No. **151**).

CIVIL NO. 98-1926 (RLA)                                               Page 2

8/15/2000      Deadline for taking depositions of experts on police matters.

**Documents in Spanish**

The Motion for Leave to File Document in Spanish, filed by codefendant ROBERT GARCIA-PEREZ on June 8, 2000 (docket No. **153**) is **GRANTED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of June, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)