IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUL -3 AM 8 00

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

1

JUANA HERRERA, et al.,                    '

2
        Plaintiffs,                        '
3
        v.                                 '      CIVIL NO. 98-1926 (RLA)
4
PEDRO TOLEDO DAVILA, et al.,              '
5
                                           '
6       Defendants.                        '

7       _____     '

8

### NINTH OMNIBUS ORDER

9

10      The  following  matters  pending  in  this  action  are  hereby

11  disposed of as follows.

12                      **Counsel's Vacation**

13      The  Informative  Motion  [advising  vacation  from  July  15-31,

14  2000]  filed  by  JUDITH  BERKAN,  ESQ.  on  June  16  (docket  No. **155**)  is

15  **NOTED.**

16
      **Motion to Compel Production of Complete Necropsy File**
17
        It  appearing  that  the  documents  are  issue  are  not  within  the
18
19  custody  or  possession  of  the  plaintiffs  and  it  further  appearing

20  that  the  plaintiffs  will  not  rely  on  those  documents  in  the

21  presentation  of  their  case,[1]  the  Motion  to  Compel  Discovery,  filed

22  by  codefendants  ROBERT  GARCIA-PEREZ,  ORLANDO  ORTIZ  and  EDUARDO

23  MARTINEZ-COLON  on  June  8,  2000  (docket  No. **152**)  is  **DENIED.**

24

25      _____

        [1]  See  Opposition to Motion to Compel Discovery, filed on June
26  8, 2000 (docket No. **156**).


158

**CIVIL NO. 98-1926 (RLA)**                                      **Page 2**

Our previous ruling on this matter[2] conditioned the production of the additional documents from decedents' necropsy file to plaintiffs' success in securing a copy thereof. Our order, however, should not be construed as an obligation on plaintiffs' part to obtain these documents particularly since these are official records equally available to all parties to this action.

The parties are reminded that the deadline for taking the depositions of all liability experts, including of DR. IRA MEHLMAN, is **July 31, 2000**.[3]

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of June, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge

---

[2] See Seventh Omnibus Order, filed on April 13, 2000 (docket No. 149).

[3] See Minutes of Further Status Conference Held on January 20, 2000 (docket No. 132).