UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA

V.                           CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA

RECEIVED & FILED
JUL 17 2000
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN, P.R.

| MOTION | RULING |
|---|---|
| **Date Filed:** 7/7/2000  **Docket #** 159<br><br>[X] Dft. ROBERT GARCIA-PEREZ<br><br>**Title:** MOTION FOR RECONSIDERATION | **DENIED.** Defendants are reminded that plaintiffs are willing to provide family authorizations if necessary. <u>See</u> Opposition to Motion to Compel, filed on June 26, 2000 (docket No. 156). |

| MOTION | RULING |
|---|---|
| **Date Filed:** 7/7/2000  **Docket #** 160<br><br>[X] Dft. ROBERT GARCIA-PEREZ<br><br>**Title:** MOTION FOR EXTENSION OF TIME TO DEPOSE PLAINTIFFS' EXPERT | **GRANTED** until August 15, 2000. |

July 13 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:          EOD:

By: h   # 165