IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

    v.    CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

### TENTH OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as follows.

**Additional Time to Serve Dispositive Motions**

The Motion Requesting Extension of Time to File Dispositive Motions, filed by defendants ORLANDO ORTIZ-FERNANDEZ and EDUARDO MARTINEZ-COLON on September 6, 2000 (docket No. **166**) is **GRANTED**.

The Motion to Join... filed by defendants MIGUEL GUADALUPE PARRILLA and JOSE DIAZ PORTALATIN on September 8, 20000 (docket No. **167**) is **GRANTED**.

Accordingly, the deadlines originally set[1] for the parties to serve dispositive motions in accordance with the undersigned's Standing Order are hereby extended as follows:

**9/29/2000**    Deadline for service of dispositive motions.

**10/31/2000**    Deadline for service of oppositions.

---

[1] See Minutes and Order of Further Status Conference held on January 20, 2000.

11/30/2000    Deadline or service of replies, if warranted.

12/20/2000    Deadline for service of sur-replies, if warranted.

**Appearance of Counsel**

The Notice of Appearance filed on September 8, 2000 (docket No. **168**) is **GRANTED**. Accordingly, GLORIA ROBISON GUARCH, ESQ. shall substitute LYNN DOBLE, ESQ. as counsel for defendants MIGUEL GUADALUPE PARRILLA and JOSE DIAZ PORTALATIN in these proceedings.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of September, 2000.

RAYMOND L. ACOSTA
United States District Judge