IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

    v.                                    CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

### ELEVENTH OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as follows.

### Additional Time for Codefendant ROBERT GARCIA-PEREZ to Serve Dispositive Motions

The Motion for Further Extension of Time to File Dispositive Motions, filed by defendant ROBERT GARCIA-PEREZ on September 28, 2000 (docket No. **170**) is **GRANTED**.

Accordingly, the deadline for ROBERT GARCIA-PEREZ to serve a dispositive motion in accordance with the undersigned's Standing Order and for plaintiffs to respond thereto are hereby extended as follows:

**10/30/2000**        Deadline for service of dispositive motion.

**11/30/2000**        Deadline for service of oppositions.

**12/20/2000**        Deadline or service of replies, if warranted.

**1/15/2001** Deadline for service of sur-replies, if warranted.

CIVIL NO. 98-1926 (RLA)                                                Page 2

---

### Extension to Submit Translations

The Motion Requesting Extension of Time to Submit Certified Translations of Exhibits, filed by codefendants EDUARDO MARTINEZ-COLON and ORLANDO ORTIZ-FERNANDEZ on September 29, 2000 (docket No. 171) is hereby **GRANTED**. Accordingly, the certified translations shall be filed **no later than October 29, 2000.**

### Notice of Service of Motions

The Notice of Service of Motion for Summary Judgment filed by codefendants MIGUEL GUADALUPE PARRILLA and JOSE DIAZ PORTALATIN on September 29, 2000 (docket No. **172**) is **NOTED**.

The Notice of Service of Motion for Summary Judgment filed by codefendants EDUARDO MARTINEZ-COLON and ORLANDO ORTIZ-FERNANDEZ October 2, 2000 (docket No. **173**) is **NOTED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of October, 2000.

RAYMOND L. ACOSTA
United States District Judge