IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.                                         CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

### TWELFTH OMNIBUS ORDER

The Motion Requesting Extension of Time to Answer Summary Judgment Requests, filed by plaintiffs on November 13, 2000 (docket No. **181**) is **GRANTED**.

Accordingly, the deadline for plaintiffs to respond to the summary judgment requests is extended until **January 15, 2001**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of November, 2000.

                        RAYMOND L. ACOSTA
                       United States District Judge

AO 72
(Rev 8/82)