UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA

V.    CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA

*RECEIVED AND FILED 2000 DEC 11 PM 3:53 CLERK'S OFFICE U.S. DISTRICT COURT OLD SAN JUAN, PR*

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/28/00 **Docket #** 182<br><br>[X] MARIA DEL MART ORTIZ RIVERA, ESQ.<br><br>**Title:** MOTION REQUESTING LEAVE TO WITHDRAW AS COUNSEL OF RECORD [for codefendants ORLANDO ORTIZ-FERNANDEZ & EDUARDO MARTINEZ-COLON] | **GRANTED.** JOHN F. NEVARES, ESQ. shall continue to represent codefendants in these proceedings. |

December 9 2000
**Date**

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:    EOD:

By: /s/  # 185