# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA


**V.**                          CIVIL NO. 98-1926 (RLA)


PEDRO TOLEDO DAVILA

| MOTION | RULING |
|---|---|
| **Date Filed:** 12/5/2000 **Docket #** 184<br><br>[X] FRANCISCO OJEDA DIEZ, ESQ. [RE: annual leave from 12/18/200 to 1/8/2001]<br><br>**Title:** MOTION INFORMING ANNUAL LEAVE | **NOTED.** The Director of the Federal Litigation Division shall represent codefendant JOSE DIAZ PORTALATIN in these proceedings during this period of time. |

December  **14**  2000                **RAYMOND L. ACOSTA**
    **Date**                        **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: # 186 | |