UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA

V.                               CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA

| MOTION | RULING |
|---|---|
| **Date Filed:** 12/29/00 **Docket #** 187 | NOTED. |
| [X] JUDITH BERKAN, ESQ. & MARY JO MENDEZ, ESQ. | |
| **Title:** MOTION INFORMING CHANGE OF ADDRESS | |

January 9   2001            RAYMOND L. ACOSTA
  Date                       U.S. District Judge

Rec'd:        EOD:

By: yL  # 190

8