IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.                                                   CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

### THIRTEENTH OMNIBUS ORDER

The Motion Requesting Further Extension of Time to Answer Summary Judgment Requests, filed by plaintiffs on January 9, 2001 (docket No. **188**) is **GRANTED**.

Accordingly, the deadline for plaintiffs to respond to the summary judgment requests is extended until **January 29, 2001**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11 day of January 2001.

RAYMOND L. ACOSTA
United States District Judge