UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA

V.                    CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA

| MOTION | RULING |
|---|---|
| **Date Filed:** 1/29/01 **Docket #** 192<br><br>[X] Plffs.<br><br>**Title:** NOTICE OF SERVICE [of Plaintiffs' Omnibus Opposition to Motions for Summary Judgment] | NOTED. |

January 31  2001          RAYMOND L. ACOSTA
    Date                  U.S. District Judge

Rec'd:            EOD:

By: # 193


