IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.                                CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

### FOURTEENTH OMNIBUS ORDER

**BY ORDER OF HONORABLE JUDGE RAYMOND L. ACOSTA, U.S. DISTRICT JUDGE,** the following motions filed in these proceedings are hereby disposed of as follows.

#### Translation of Documents

Plaintiffs' Motion to Submit Documents in Spanish (docket No. **198**) is **GRANTED**. Accordingly, the pertinent translations shall be filed **no later than July 6, 2001**.

#### Defendants' Substitute Counsel

The Motion for Withdrawal of Legal Representation filed by the law firm of SMITH & NEVARES (docket No. **204**) is **GRANTED**. Codefendnats ORLANDO ORTIZ-FERNANDEZ and EDUARDO MARTINEZ-COLON shall be represented henceforth by SALVADOR ANTONETTI STUTTS, ESQ., Director of the Federal Litigation Division of the P.R. DEPARTMENT OF JUSTICE.



**CIVIL NO. 98-1926 (RLA)**                                                               Page 2

---

The Motion to Withdraw Legal Representation filed by the law firm of FELDSTEIN, GELPI & GOTAY (docket No. **205**) is **GRANTED**. Codefendant ROBERT GARCIA-PEREZ shall be represented henceforth by SALVADOR ANTONETTI STUTTS, ESQ., Director of the Federal Litigation Division of the P.R. DEPARTMENT OF JUSTICE.

### Vacation

The Informative Motion re Vacation [from July 10, 2001 through July 25, 2001] filed by JUDITH BERKAN, ESQ., counsel for plaintiffs, (docket No. **206**) is **NOTED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of June, 2001.

FRANCES RIOS DE MORAN
Clerk of the Court

By: _/s/ Sulma Lopez Defillo_
      Deputy Clerk