UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    v.                       CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA,
et al.,

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 6/21/01  Docket # 209<br><br>[X] Counsel for defendant<br><br>Title: Motion Informing Annual Leave | BY ORDER OF HON. JUDGE RAYMOND L. ACOSTA:<br><br>NOTED. |

June 29, 2001        FRANCES RIOS DE MORAN
Date                 CLERK OF THE COURT

                     BY: _____
                         DEPUTY CLERK

Rec'd:        EOD:

By: _____    #210