UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA

    V.                CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA

| MOTION | RULING |
|---|---|
| **Date Filed:** 7/9/01  **Docket #** 211<br><br>[X] Plffs.<br><br>**Title:** MOTION REQUESTING EXTENSION OF TIME TO FILE TRANSLATIONS | GRANTED until July 23, 2001. |

July   *12*   2001        RAYMOND L. ACOSTA
     Date                U.S. District Judge

Rec'd:    EOD:

By: _____ # 212


