UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA

v.  CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA

| MOTION | RULING |
|---|---|
| **Date Filed:** 7/20/01 **Docket #** 213<br><br>[X] Plffs.<br><br>**Title:** MOTION SUBMITTING TRANSLATIONS | BY ORDER OF HON. JUDGE RAYMOND L. ACOSTA: NOTED. |

July 27, 2001          FRANCES RIOS DE MORAN
   Date                   CLERK OF THE COURT

                        BY: _____
                              DEPUTY CLERK

Rec'd:          EOD:

By: ___ # 214

