UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA

V.                           CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA

| MOTION | RULING |
|---|---|
| **Date Filed:** 5/23/02  **Docket #** 215<br><br>[X] Dft. FRANCISCO A. OJEDA DIEZ, ESQ.<br><br>**Title:** MOTION INFORMING ANNUAL LEAVE [8/22/02-10/7/02] | NOTED. |

June 6  2002         RAYMOND L. ACOSTA
   Date              U.S. District Judge

Rec'd:            EOD:

By: /s/  # 217