# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA

v.                                    CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA

| MOTION | RULING |
|---|---|
| **Date Filed:** 5/31/02  **Docket #** 216<br><br>[X] Plffs. JUDITH BERKAN, ESQ.<br><br>**Title:** INFORMATIVE MOTION RE VACATION [7/22/02-7/30/02] | NOTED. |

June 13 2001
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By   # 218



