IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

    v.                                CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

### ORDER SCHEDULING STATUS/SETTLEMENT CONFERENCE

    A STATUS/SETTLEMENT CONFERENCE is hereby set for **August 28, 2003 at 10:00 a.m.**

    IT IS SO ORDERED.

San Juan, Puerto Rico, this 17th day of July, 2003.

                                          RAYMOND L. ACOSTA
                                  United States District Judge