IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.     CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

## ORDER SCHEDULING PRETRIAL CONFERENCE AND JURY TRIAL

**JURY TRIAL** in this action is hereby set for **February 17, 2004 at 9:30 a.m.**

A **PRETRIAL/SETTLEMENT CONFERENCE**, to be held before the undersigned, is hereby scheduled for **February 6, 2004 at 9:30 a.m.**

A Proposed Joint Pretrial Order[1] shall be filed **on or before January 28, 2004**, and shall contain the following:

    **I.   Nature of the Case**

        A statement of the nature of the case agreed upon by all parties which shall include issues of jurisdiction. In the event that the parties cannot agree upon a single description, separate versions shall be submitted.

---

[1] A courtesy copy to be delivered directly to the chambers of the undersigned.

**CIVIL NO. 98-1926 (RLA)**                                                              **Page 2**

---

## II. Theories of the Parties

Each party shall present concisely its pertinent legal theories including applicable citations to statutes and caselaw. Counsel are directed to fully disclose all trial issues since the Proposed Joint Pretrial Order will supersede the pleadings in establishing the issues to be heard and considered at trial.

## III. Admitted Facts

The parties shall provide a comprehensive listing of all admitted or stipulated facts.

## IV. Contested Facts

The parties shall provide a listing of contested facts.

## V. List of Exhibits

This section shall contain a listing of all exhibits which have been pre-marked/numbered. Each exhibit shall be identified by a descriptive title as well as its identification number. The parties shall indicate those exhibits, if any, which are not objected to by opposing counsel.

## VI. Depositions

The party wishing to use deposition testimony at trial shall list the depositions. Additionally, designations and objections shall be submitted in accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS issued on **February 10, 1994.**

CIVIL NO. 98-1926 (RLA)                                                  Page 3

### VII. Witnesses and Interpreters

Each party shall identify witnesses to be presented at trial and include a brief, one paragraph, offer of proof. Additionally, the parties shall specifically identify those witnesses who will need the services of a court-certified interpreter during trial.

### VIII. Expert Witnesses and Interpreters

Each party shall list its expert witnesses and include his/her curriculum vitae and an offer of proof. If an expert report has been produced, the report shall be submitted in conjunction with the offer of proof. Additionally, the parties shall specifically identify those experts who will need the services of a court-certified interpreter during trial.

### IX. Itemized Statement of Special Damages

In anticipation that the issue of special damages may arise, an itemized statement of special damages shall be incorporated into the Proposed Joint Pretrial Order. The party or parties not in agreement with the proposed statement shall include its/their opposition in this section.

### X. Estimated Length of Trial

Parties shall indicate the estimated length of trial.

### XI. Trial Transcript

Parties shall indicate their interest in requesting an **expedited and/or daily transcript** of the proceedings.

**CIVIL NO. 98-1926 (RLA)**                                                                                   **Page 4**

---

The Proposed Joint Pretrial Order may be modified by this Court only upon a showing of good cause.

### STANDING ORDER/MOTIONS IN LIMINE

The parties shall file a TRIAL BRIEF, PROPOSED JURY INSTRUCTIONS, PROPOSED VOIR DIRE and PROPOSED VERDICT FORM[2] no later than **February 12, 2004** in accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS issued on **February 10, 1994**.

All motions in limine must be filed by **February 9, 2004**. Responses thereto are due **February 13, 2004**. Given the time limitations the parties shall ensure opposing counsel **receive** their copies by the aforementioned deadline.

The parties shall make the necessary arrangements with the courtroom deputy clerk to have the evidence marked **no later than February 12, 2004**.

Counsel shall furnish the undersigned an additional copy of all documents intended to be presented as evidence at trial **no later than February 12, 2004**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17th day of July, 2003.

                                                          RAYMOND L. ACOSTA
                                                    United States District Judge

---

[2] Courtesy copies of all these documents shall be delivered directly to the chambers of the undersigned.

CIVIL NO. 98-1926 (RLA)                      Page 5

## SUMMARY OF DEADLINES AND SETTINGS

| Date | Event |
|---|---|
| 1/28/04 | Deadline for filing JOINT PRETRIAL ORDER. |
| 2/6/04 | PRETRIAL/SETTLEMENT CONFERENCE at **9:30 a.m.** |
| 2/9/04 | Deadline for filing motions in limine. |
| 2/12/04 | Deadline for filing TRIAL BRIEF, PROPOSED JURY INSTRUCTIONS, PROPOSED VOIR DIRE and PROPOSED VERDICT FORM. |
| 2/12/04 | Deadline for parties to mark evidence prior to trial. |
| 2/12/04 | Parties to provide the court copy of all documents intended to be presented as evidence at trial. |
| 2/13/04 | Deadline for filing oppositions to motions in limine. |
| 2/11/03 | JURY TRIAL at **9:30 a.m.** |