UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA

V.                          CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA

| MOTION | RULING |
|---|---|
| **Date Filed:** 7/31/03 **Docket #** 224<br><br>[X] Plffs. JUDITH BERKAN, ESQ.<br><br>**Title:** INFORMATIVE MOTION [re: absence due to professional matters from 9/24/03 to 10/3/03] | BY ORDER OF HON. RAYMOND L. ACOSTA:<br><br>**NOTED.** |

August *19*, 2003          FRANCES RIOS DE MORAN
**Date**                    Clerk of the Court

                            By: _____
                                    Deputy Clerk

                                              Rec'd:        EOD:

                                              By:           #