IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.                                      CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

## MINUTES OF STATUS/SETTLEMENT CONFERENCE HELD ON AUGUST 28, 2003

At the STATUS/SETTLEMENT CONFERENCE held on August 28, 2003 from. 10:30 a.m. to 11:15 a.m. plaintiffs were represented by JUDITH BERKAN, ESQ. and MARY JO MENDEZ, ESQ. Defendants' attorney, NELSON N. CORDOVA MORALES, ESQ. requested additional time to ascertain whether he would represent all five remaining defendants in this case or if additional counsel would be designated by the Puerto Rico Department of Justice. Accordingly, MR. CORDOVA MORALES shall advise the court, **no later than September 15, 2003,** whether or not the law firm of LLOVET, ZURINAGA & LOPEZ will appear as sole counsel in these proceedings. In the event that any of the named defendants is assigned separate representation they shall enter their appearance **no later than October 1, 2003.**

**CIVIL NO. 98-1926 (RLA)**                                                                 Page 2

---

Counsel for defendants mentioned the possibility of a conflict of calendar with the trial date and suggested a 60 day postponement which was vehemently opposed by plaintiffs. This request was denied. Current and as well as any future counsel are forewarned that the trial date of **February 17, 2004** is firm.

MR. CORDOVA MORALES is further ORDERED to notify the court **no later than September 15, 2003** whether any of the individual defendants is currently residing outside of Puerto Rico and/or will not be present at trial.

Plaintiffs shall submit a proposed order to assist them in their efforts to procure a visa for plaintiff ROSA HERRERA to attend trial.

Plaintiffs expect to present some videotaped depositions during trial. They shall contact the Clerk of the Court prior to trial to ensure that the necessary equipment is available in court.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28 day of August, 2003.

RAYMOND L. ACOSTA
United States District Judge