## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA


                    V.                    CIVIL NO. 98-1926 (RLA)


PEDRO TOLEDO DAVILA


| MOTION | RULING |
|---|---|
| **Date Filed:** 9/15/03  **Docket #** 227<br><br>[X] Dfts. (1) JOSE DIAZ PORTALATIN, (2) EDUARDO MARTINEZ COLON, (3) ORLANDO ORTIZ, (4) MIGUEL GUADALUPE & (5) ROBERT GARCIA.<br><br>**Title:** INFORMATIVE MOTION IN COMPLIANCE WITH ORDER | Appearance of NELSON N. CORDOVA MORALES, ESQ. of the firm of LLOVET ZURINAGA & LOPEZ as sole counsel for all remaining defendants is **NOTED**.<br><br>Efforts to ascertain defendants' current addresses is **NOTED**. |

September 1f 2003                    RAYMOND L. ACOSTA
        Date                        U.S. District Judge


Rec'd:        EOD:

By: U # 228