IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

    v.                                        CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

---

### ORDER SCHEDULING SETTLEMENT CONFERENCE

BY ORDER OF HON. RAYMOND L. ACOSTA:

A SETTLEMENT CONFERENCE is hereby set for **January 12, 2004 at 2:00 p.m.** Counsel are admonished that they shall attend prepared to discuss settlement in earnest with specific settlement authority. Further, it is hereby ORDERED that their respective principals shall be available for consultation either personally or via telephone during the duration of the Conference.

Failure to comply with the terms of this Order shall result in the imposition of sanctions.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23 day of December, 2003.

                      FRANCES RIOS DE MORAN
                      Clerk of the Court

                      By: _____
                                Deputy Clerk