IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

    v.                              CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

### ORDER RESCHEDULING SETTLEMENT CONFERENCE

The **Settlement Conference** scheduled for Monday, January 12, 2004, at 2:00 p.m. is hereby **rescheduled for Tuesday, January 13, 2004, at 2:30 p.m.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 9th day of January, 2004.

                                          RAYMOND L. ACOSTA
                                    United States District Judge