IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

CIVIL NO. 98-1926 (RLA)

## ORDER SCHEDULING SETTLEMENT CONFERENCE

A SETTLEMENT CONFERENCE is hereby set for **February 10, 2004 at 10:30 a.m.** The parties are admonished that they must attend prepared to discuss settlement in earnest.

The February 6, 2004 deadline for submission of the Joint Pretrial Order is hereby **VACATED** pending the outcome of the Conference. All other trial preparation deadlines as well as trial date remain undisturbed.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30th day of January, 2004.

RAYMOND L. ACOSTA
United States District Judge