IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

v.                                              CIVIL NO. 98-1926 (RLA)

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

### ORDER RESCHEDULING SETTLEMENT CONFERENCE

Upon defendants' request the SETTLEMENT CONFERENCE previously scheduled for February 10, 2004 is hereby reset for **February 13, 2004 at 11:00 a.m.** The parties are admonished that they must attend prepared to discuss settlement in earnest.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 10 day of February, 2004.

                                          RAYMOND L. ACOSTA
                                      United States District Judge