IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

    v.

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

CIVIL NO. 98-1926 (RLA)

**MINUTES OF SETTLEMENT CONFERENCE
HELD ON FEBRUARY 11, 2004 AND
RESCHEDULING PRETRIAL CONFERENCE**

    At the SETTLEMENT CONFERENCE held on February 11, 2004 from 11:30 a.m. to 12:00 noon plaintiffs were represented by JUDITH BERKAN, ESQ. and MARY JO MENDEZ, ESQ. Defendants were represented by CARLOS LOPEZ LOPEZ, ESQ., MARIE L. CORTES CORTES, ESQ., ARLENE DE LA MATTA, ESQ. and NELSON N. CORDOVA MORALES, ESQ.

    Counsel for plaintiffs advised that defendants had made a settlement offer they felt confident their clients would accept but could not commit to a definite answer until they could discuss it with their clients. Given the inherent difficulties in contacting the plaintiffs who are currently residing in New Jersey, Holland and the Dominican Republic, counsel were granted until **February 13, 2004** to respond to the offer.

CIVIL NO. 98-1926 (RLA)                                              Page 2

If the parties do reach an agreement the settlement stipulation and/or voluntary dismissal shall be filed **on or before February 23, 2004.** Counsel for plaintiffs advised they would be signing the stipulation on behalf of their clients due to the logistics involved. Further, they will request that this court retain jurisdiction to enforce judgment.

Based on the foregoing the settings and deadlines previously set by the court are extended as follows:

| Date | Event |
|---|---|
| **2/18/04** | Deadline for filing JOINT PRETRIAL ORDER. |
| **2/20/04** | Deadline for filing motions in limine and Daubert motions. |
| **2/20/04** | PRETRIAL CONFERENCE at **10:00 a.m.**[1] |
| **2/20/04** | Deadline for parties to mark evidence prior to trial. |
| **2/20/04** | Deadline for parties to provide the court copy of all documents intended to be presented as evidence at trial. |
| **2/23/04** | Deadline for filing oppositions to motions in limine and Daubert motions. |
| **2/23/04** | Deadline for filing TRIAL BRIEF, PROPOSED JURY INSTRUCTIONS, PROPOSED VOIR DIRE, and PROPOSED VERDICT FORM. |
| **2/24/04** | JURY TRIAL at **9:30 a.m.** |

---

[1] Originally set for **February 17, 2004.**

| | |
|---|---|
| **CIVIL NO. 98-1926 (RLA)** | **Page 3** |

The parties shall contact the Clerk of the Court prior to trial to ensure that all the necessary equipment is available in court.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 11th day of February, 2004.

　　　　　　　　　　　　　　　　RAYMOND L. ACOSTA
　　　　　　　　　　　　　　　　United States District Judge