IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiffs,

    v.

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

CIVIL NO. 98-1926 (RLA)

**JUDGMENT**

    The Stipulation of Dismissal under Rule 41(a)(1) filed by the parties on February 20, 2004 (docket No. **236**) is **GRANTED**.

    Accordingly, it is hereby ORDERED AND ADJUDGED that the claims asserted by plaintiffs in this case be and the same are hereby **DISMISSED**.

    It is further ORDERED AND ADJUDGED that this court shall retain jurisdiction to assure compliance with the terms of the settlement agreement entered into between the parties to these proceedings.

    IT IS SO ORDERED.

    San Juan, Puerto Rico, this 26th day of February, 2004.

                                      S/Raymond L. Acosta
                                      RAYMOND L. ACOSTA
                              United States District Judge