IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANA HERRERA, et al.,

    Plaintiff,

    v.

PEDRO TOLEDO DAVILA, et al.,

    Defendants.

Civil No. 98-1926 (RLA)
Civil Rights

## MOTION TO DEPOSIT SETTLEMENT FUNDS

TO THE HONORABLE COURT:

**COME NOW,** Defendants, through the undersigned attorney, and respectfully state and pray as follows:

1. The parties to this case field a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1) on February 20, 2004, that the Court approved on February 26.

2. Defendants hereby deposit check issued by the Treasury Department of the Commonwealth of Puerto Rico, with number 01235445, dated April 7, 2004, and payable to the U.S. Clerk of the District Court, and in the confidential amount stipulated by the parties to satisfy their obligations under the settlement agreement.

**WHEREFORE,** Defendants request this Honorable Court to take notice of this information, and to allow the deposit of these

funds to meet compliance with their part of the agreement by stipulation.

**I HEREBY CERTIFY** that on this date a true and exact copy of this motion was mailed and sent by fax to: **JUDITH BERKAN, ESQ., and MARY JO MENDEZ**, Esq., Berkan & Méndez, Law Office, Calle O'Neill G - 11, San Juan, P.R. 00918 - 2301.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 12th day of April, 2004.

LLOVET ZURINAGA & LOPEZ
Mercantil Plaza Suite 1616
2 Ponce de León Avenue
San Juan, Puerto Rico 00918
Tel. (787) 250-1979
Fax (787) 250-8432

MARIE I. CORTES CORTES
USDC-PR No. 212208

| | | |
|---|---|---|
| **DEPARTAMENTO DE HACIENDA**<br>PASEO COVADONGA 10<br>SAN JUAN, PR 00902 | <br>**BGF** | **BANCO GUBERNAMENTAL FOMENTO**<br>SANTURCE, PR 00940<br>101-2118/215 | **01235445** |

**FECHA**  07.Abr.2004  **IMPORTE**  $600,000.00***

**PAGUESE**  ***SEISCIENTOS MIL CON 00/100 DOLARES***

**A LA ORDEN DE**  U S CLERK DISTRICT COURT OF THE DISTRICT
AREA DEL TESORO
CONTADURIA GENERAL
SAN JUAN, PR 00902

_____
SECRETARIO DE HACIENDA

Modelo SC 784       No es valido seis meses despues de su emision

⑆01235445⑆ ⑈021502118⑈ 32520006⑈

```
                            Mon Apr 12 15:08:52 2004

                            UNITED STATES DISTRICT COURT
                            HATO REY        , PR
                            Receipt No.   100 145087
                            Cashier       neil
                            Tender Type   MONEY ORDER
                            M.O. Number:  01235445
                            Transaction Type   BD
                            DO Code    Div No     Acct
                            4669         1       604700
                            Amount           $ 600000.00
                            98-1926(RLA)CONSIGN CHK. FR:LLOVET Z
                         URINAGA
                            JUANA HERRERA VS PEDRO TOLEDO



                              bn
                            Mon Apr 12 15:08:52 2004

                            M. O. No. 01235445
                            Amount$600000.00
                            Pay any Federal Reserve Bank or
                            General Depository for credit to
                            United States Treasury Symbol 4669
```