IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUANA HERRERA; AUGUSTO MERCEDES, ROSA HERRERA; JOSE SANCHEZ<br><br>Plaintiffs<br><br>v.<br><br>PEDRO TOLEDO DAVILA;<br><br>Defendants | CIVIL NO. 98-1926<br><br>JURY TRIAL REQUESTED |

## MOTION TO FILE UNDER SEAL

**TO THE HONORABLE COURT:**

**NOW COMES THE PLAINTIFFS**, through the undersigned attorneys and respectfully requests the sealing of the motion to withdraw funds being filed herewith. The sealing of the motion is necessary in order to assure confidentiality on matters which are confidential. In compliance with the Manual for CM/ECF plaintiff is also including under seal a proposed order.

WHEREFORE, plaintiffs respectfully requests that the court seal the document being tendered herewith.

In San Juan, Puerto Rico, this 15th day of April 2004.

I hereby certify that a copy of this motion was sent today by regular mail to Carlos Lopez, Llovet Zuringa & Lopez, Mercantil Plaza, Suite PH 1616, #2 Ponce de Leon Ave. San Juan, P.R. 00918.

Berkan/Mendez
O'Neill G-11
San Juan, P.R. 00918-2301
Tel. 787-764-0814
Fax 787-260-0986

Mary Jo Mendez